**MEMO ENDORSED**

# LEVINE & BLIT, PLLC

*Attorneys at Law*

EMPIRE STATE BUILDING
350 FIFTH AVENUE - SUITE 4020
NEW YORK, NY 10118
PHONE: (212) 967-3000 - FAX: (212) 967-3010
www.levineblit.com
email: RMoriarty@LevineBlit.com

February 22, 2021

**Via ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York

Re:   **7:19-cv-11340-KMK-JCM Torres v. Ardsley Union Free School District**

Dear Judge Karas,

I represent plaintiff in the above referenced matter. I write to respectfully request an adjournment of the conference currently scheduled for February 24, 2021 at 11:30 a.m.

The reason for the request is that discovery is not yet complete. The February 24th conference was originally scheduled close in time to the first discovery deadline. By your January 15, 2021 Order, the discovery deadline was extended to March 30, 2021. Magistrate Judge McCarthy recently held a conference with the parties, on February 19th, and the parties are well on their way to complete discovery by March 30th. Therefore, there are currently no issues amongst the parties to resolve. Accordingly, the parties request that the February 24th conference be adjourned.

Defendant consents to this request. Thank you for your consideration of the request.

Very truly yours,

LEVINE & BLIT, PLLC

Russell S Moriarty

*Granted. The Court will hold a status conference via telephone on 5/11/2021 at 11:30 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

2/23/2021